UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR BAUTISTA, | ) | No. CV 09-8670-MMM (AGR) |
|           Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND |
| v. | ) ) | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| ANTHONY HEDGPETH, | ) ) | |
|           Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 30, 2012

                                          MARGARET M. MORROW  
                                          UNITED STATES DISTRICT JUDGE